UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ABDIRAHMAN F. GELLE, CIVIL NO. 00-712 (DSD/JMM)

Plaintiff,

v. ORDER

MDI GOVERNMENT SERVICES,

Defendant.

The above matter came on for hearing before the undersigned on April 21, 2000 upon the Motion of Plaintiff to Remand [Docket No. 5]. Sonja Dunnwald Peterson, Esq. appeared on behalf of Plaintiff; Andrew J. Voss, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED Plaintiff's Motion to Remand [Docket No. 5] is denied for reasons place on the record.

Date: April 21, 2000

JOHN M. MASON
United States Magistrate Judge

FILED APR 24 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD ____
DEPUTY CLERK ____