UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ABDIRAHMAN F. GELLE,

Plaintiff,

v.

MDI GOVERNMENT SERVICES,

Defendant.

CIVIL NO. 00-712 (DSD/JMM)

ORDER

The above matter came on for hearing before the undersigned on April 23, 2001 upon Plaintiff's Expedited Motion to Enforce the Settlement Agreement. Sonja Dunnwald Peterson, Esq. appeared on behalf of Plaintiff; Andrew Voss, Esq. appeared on behalf of Defendant.

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that:

1. Plaintiff and Defendant shall promptly and without any delay sign the Confidential Settlement Agreement and Release in the form announced at the hearing before the Court. Counsel for the parties shall thereupon cause to be executed a Stipulation for Dismissal With Prejudice, which shall be filed with the Clerk of Court.

2. Upon the signing of the Confidential Settlement Agreement and Release, and the signing and filing of the Stipulation for Dismissal With Prejudice, Defendant shall cause to be paid to Plaintiff and his attorney the sums referred to in the Paragraph II.B. of that Agreement after withholding of taxes, as specified by the Court.

FILED APR 23 2001
FRANCIS E. DOSAL CLERK
JUDGMENT ENTD
DEPUTY CLERK

3. The tape recording (and any transcript) of the hearing of April 23, 2001 shall be maintained under seal. The following documents shall be filed under seal:

a. Letter of April 18, 2000 (and Exhibits thereto) from counsel for Defendant to the Court, with copy to opposing counsel;

b. Plaintiff's Notice of Motion and Motion to Enforce Settlement Agreement;

c. Plaintiff's Memorandum of Law in Support of Motion to Enforce Settlement Agreement;

d. Affidavit of Sonja Dunnwald Peterson;

e. Plaintiff's Exhibit 1, "Confidential Settlement Agreement and Release";

f. Plaintiff's Proposed Order;

g. Affidavit of Personal Service upon Defendant;

Dated: April 23, 2001

JOHN M. MASON
United States Magistrate Judge

**MEMORANDUM**

The parties agreed that this Court should enter its Order enforcing the settlement agreement. They disagreed as to certain terms in the settlement agreement. The Court ruled upon those disputes from the bench, and placed its reasons on the record. The parties have requested that since the Settlement agreement is confidential, these proceedings should also be treated as confidential, and it is so ordered.

J.M.M.